# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  BOBBI CHERAE SMITH

                                                    Case No.: 19-20251-drd-13

            Debtor

## NOTICE ALLOWING/DISALLOWING CLAIMS

　　COMES NOW, Richard V. Fink, the Chapter 13 Trustee, pursuant to Local Rule 3085-1 of the Western District of Missouri, and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, and moves to have these claims allowed as set out below or disallowed as not filed, unless an objection to the claim is filed and the Court enters an Order which provides for a different treatment.

| Creditor | Claim Info | Account Info |
|---|---|---|
| AMERICASH LOANS LLC<br>PO BOX 1728<br>DES PLAINES, IL 60017 | Court Claim No.: 13<br>Trustee Claim No.: 5<br>Amount of Claim: $4,099.00<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 8314<br>Interest Rate: N/A<br>Balance Owed: $0.00<br>% to be Paid: 0.000% |
| ARGYLE FAMILY HEALTH CLINIC<br>606 E HIGH ST<br>JEFFERSON CITY, MO 65101-3279 | Court Claim No.: N/A<br>Trustee Claim No.: 6<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 6239<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| ATLAS ACQUISITIONS LLC<br>294 UNION ST<br>HACKENSACK, NJ 07601 | Court Claim No.: 12<br>Trustee Claim No.: 42<br>Amount of Claim: $307.89<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 3840<br>Interest Rate: N/A<br>Balance Owed: $0.00<br>% to be Paid: 0.000% |
| BAEHR WIGGINS PC<br>J BRIAN BAEHR<br>1900 N PROVIDENCE # 205<br>COLUMBIA, MO 65202 | Court Claim No.: N/A<br>Trustee Claim No.: 0<br>Amount of Claim: $3,000.00<br>Monthly Payment: $140.00<br>Claim Type: Attorney Fee | Account Number:<br>Interest Rate: N/A<br>Balance Owed: $2,371.59<br>% to be Paid: 100.000% |

| Creditor | Claim Details | Account Details |
|---|---|---|
| BLUE TRUST LOANS<br>PO BOX 1754<br>HAYWARD, WI 54843-1754 | Court Claim No.: N/A<br>Trustee Claim No.: 8<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 2813<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| CAINE & WEINER<br>PO BOX 5010<br>WOODLAND HILLS, CA 91365-5010 | Court Claim No.: N/A<br>Trustee Claim No.: 9<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 0247<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |
| CALLAWAY COUNTY COLLECTOR<br>10 E 5TH ST<br>FULTON, MO 65251 | Court Claim No.: 2<br>Trustee Claim No.: 46<br>Amount of Claim: $76.14<br>Monthly Payment: N/A<br>Claim Type: Taxes - Priority (Pr) | Account Number: 3583<br>Interest Rate: N/A<br>Balance Owed: $0.00<br>% to be Paid: 0.000%<br>Special Remarks: Disallowed |
| CALLAWAY COUNTY COLLECTOR<br>10 E 5TH ST<br>FULTON, MO 65251 | Court Claim No.: 19<br>Trustee Claim No.: 54<br>Amount of Claim: $83.32<br>Monthly Payment: N/A<br>Claim Type: Taxes - Priority (Pr) | Account Number:<br>Interest Rate: N/A<br>Balance Owed: $83.32<br>% to be Paid: 100.000% |
| CAPITAL REGION MEDICAL CENTER<br>C/O FABER AND BRAND LLC<br>PO BOX 10110<br>COLUMBIA, MO 65205 | Court Claim No.: 9<br>Trustee Claim No.: 13<br>Amount of Claim: $2,005.72<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 8667<br>Interest Rate: N/A<br>Balance Owed: $0.00<br>% to be Paid: 0.000% |
| CHECK INTO CASH<br>2219 MISSOURI BLVD STE G<br>JEFFERSON CITY, MO 65109-4756 | Court Claim No.: N/A<br>Trustee Claim No.: 15<br>Amount of Claim: N/A<br>Monthly Payment: N/A<br>Claim Type: General Unsecured | Account Number: 7842<br>Interest Rate: N/A<br>Balance Owed: N/A<br>% to be Paid: N/A |

Case 19-20251-drd13    Doc 52    Filed 10/22/19    Entered 10/22/19 12:18:32    Desc Main
Case No.:  19-20251-drd-13           Debtor: Pembi Chapman    Document      Page 2 of 8

TBD = To Be Determined           Page 2 of 8

| Creditor | Claim Info | Account Info |
|---|---|---|
| CLEAR LINE LOANS<br>2520 SAINT ROSE PKWY STE 111<br>HENDERSON, NV 89074-7784 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 16<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1771<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| COLUMBIA ORTHOPAEDIC GROUP<br>1 SOUTH KEENE STREET<br>COLUMBIA, MO 65201 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 17<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4986<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| COURTESY LOANS<br>512 ELLIS BLVD STE T<br>JEFFERSON CITY, MO 65101-1821 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 18<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2404<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD # 3000<br>SOUTHFIELD, MI 48034 | **Court Claim No.:** 3<br>**Trustee Claim No.:** 19<br>**Amount of Claim:** $16,506.84<br>**Monthly Payment:** $400.00<br>**Claim Type:** Secured - Vehicle (E) | **Account Number:** 6633<br>**Interest Rate:** 5.8300%<br>**Balance Owed:** $15,441.01<br>**% to be Paid:** 100.000% |
| ENHANCED RECOVERY<br>PO BOX 57547<br>JACKSONVILLE, FL 32241-7547 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 21<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5191<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| GOLDEN VALLEY LENDING INC<br>635 E STATE HIGHWAY 20<br>UPPER LAKE, CA 95485-8793 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 23<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 6273<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

| Creditor | Claim Info | Account Info |
|---|---|---|
| GREEN TRUST CASH<br>PO BOX 340<br>HAYS, MT 59527-0340 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 24<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8759<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | **Court Claim No.:** 8-2<br>**Trustee Claim No.:** 25<br>**Amount of Claim:** $8,358.54<br>**Monthly Payment:** N/A<br>**Claim Type:** Taxes - Priority (Pr) | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $8,358.54<br>**% to be Paid:** 100.000% |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | **Court Claim No.:** 8-2<br>**Trustee Claim No.:** 48<br>**Amount of Claim:** $7,291.28<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| LAKSHMI FINANCE LLC<br>C/O GLEN C WATSON III<br>PO BOX 121950<br>NASHVILLE, TN 37212 | **Court Claim No.:** 16<br>**Trustee Claim No.:** 4<br>**Amount of Claim:** $4,433.41<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 9655<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| LENDUP<br>237 KEARNY ST STE 372<br>SAN FRANCISCO, CA 94108-4502 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 28<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1488<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| MIDWEST ACCEPTANCE CORPORATION<br>PO BOX 9<br>VALLEY PARK, MO 63088 | **Court Claim No.:** 4-2<br>**Trustee Claim No.:** 30<br>**Amount of Claim:** $5,674.83<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2769<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 17<br>**Trustee Claim No.:** 31<br>**Amount of Claim:** $455.45<br>**Monthly Payment:** N/A<br>**Claim Type:** Taxes - Priority (Pr) | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $455.45<br>**% to be Paid:** 100.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 51<br>**Amount of Claim:** $1,928.64<br>**Monthly Payment:** N/A<br>**Claim Type:** Taxes - Priority (Pr) | **Account Number:** 4225/002269BR<br>**Interest Rate:** N/A<br>**Balance Owed:** $1,928.64<br>**% to be Paid:** 100.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 52<br>**Amount of Claim:** $125.08<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225/002269BR<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 17<br>**Trustee Claim No.:** 53<br>**Amount of Claim:** $920.08<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| MISSOURI EMERGENCY SERVICES PC<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | **Court Claim No.:** 11<br>**Trustee Claim No.:** 49<br>**Amount of Claim:** $872.00<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | **Court Claim No.:** 15<br>**Trustee Claim No.:** 33<br>**Amount of Claim:** $902.16<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 7747<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

| Creditor | Claim Info | Account Info |
|---|---|---|
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | **Court Claim No.:** 6<br>**Trustee Claim No.:** 22<br>**Amount of Claim:** $490.07<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1989<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| PRINCE PARKER & ASSOCIATES INC<br>PO BOX 474690<br>CHARLOTTE, NC 28247-4690 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 34<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 0883<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | **Court Claim No.:** 7<br>**Trustee Claim No.:** 47<br>**Amount of Claim:** $141.18<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 1726<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| SKY TRAIL CASH<br>PO BOX 1115<br>LAC DU FLAMBEAU, WI 54538-1115 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 36<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 8047<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| SOUTHEASTERN EMERGENCY PHYSICIANS MEMPHIS<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | **Court Claim No.:** 10<br>**Trustee Claim No.:** 50<br>**Amount of Claim:** $376.93<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| SPEEDY/RAPID CASH<br>PO BOX 780408<br>WICHITA, KS 67278 | **Court Claim No.:** 5<br>**Trustee Claim No.:** 37<br>**Amount of Claim:** $918.45<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

| | | |
|---|---|---|
| SUN LOAN<br>215 E TRAVIS ST<br>SAN ANTONIO, TX<br>78205-1701 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 39<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 5896<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| TRI-STATE ADJUSTMENTS INC<br>PO BOX 3219<br>LA CROSSE, WI 54602-3219 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 43<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2904<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| US DEPT OF EDUCATIONMOHELA<br>DEPT OF ED/MOHELA<br>PO BOX 105347<br>ATLANTA, GA 30348 | **Court Claim No.:** 1<br>**Trustee Claim No.:** 29<br>**Amount of Claim:** $253,562.43<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 4225<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |
| WORLD FINANCE CORP<br>WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE, SC 29606 | **Court Claim No.:** 14<br>**Trustee Claim No.:** 45<br>**Amount of Claim:** $417.00<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 2067<br>**Interest Rate:** N/A<br>**Balance Owed:** $0.00<br>**% to be Paid:** 0.000% |

October 22, 2019

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
BAEHR WIGGINS PC (596) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JVM    /Notice - Allow/Disallow Claims